**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7706

BRIAN K. HONOUR,

Plaintiff - Appellant,

versus

ROY COOPER, NC Attorney General; JOHN A.
MAXFIELD, Wake County Sheriff Department,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior
District Judge.  (CA-05-353)

Submitted: March 30, 2006                    Decided: April 7, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian K. Honour, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brian K. Honour appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. In his appellate brief, Honour asserts numerous claims, none of which merit relief. For example, Honour challenges the judicial rules limiting review to the issues raised in the informal brief and imposing page limits on appellate briefs. We reject these claims. To the extent that Honour objects to the handling of his prior cases by judges and court staff, we note that both courts and their staff are entitled to judicial immunity. See Cleaving v. Saxner, 474 U.S. 193, 200 (1985); Mitchell v. McBryde, 944 F.2d 229, 230 (5th Cir. 1991). Furthermore, Honour's conclusory claims of conspiracy do not state a claim for relief. Phillips v. Mashburn, 746 F.2d 782, 785 (11th Cir. 1984). We have reviewed the record and find no reversible error. Accordingly, although we grant Honour's motion to proceed in forma pauperis on appeal, we affirm. Honour's motions for appointment of counsel and for a certificate of appealability are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED